# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

ISAEL MACIAS EMIGDIO,          )
                                 )
        Petitioner,           )
                                 )
v.                           )
                                 )   Case No. CIV-26-135-SLP
SCARLET GRANT, et al.,        )
                                 )
        Respondents.      )

## O R D E R

The Court is in receipt of Petitioner's Objection [Doc. No. 15] to the Report and Recommendation. Given the nature of these proceedings, the Court expedites the Respondents' deadline to file an optional response to the Objection, *see* Fed. R. Civ. P. 72(b)(2), making the response due on or before March 13, 2026. Should Respondents or their counsel wish to respond to the Objection and require more time, Respondents shall file a motion seeking additional time.

IT IS SO ORDERED this 10th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE